```
 1
 2
 3
 4
 5
 6
 7
                        UNITED STATES DISTRICT COURT
 8
                       CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  MICHAEL PADDOCK, aka           ) Case No. SACV 07-1247-JVS(RC)
    MICHAEL DAVIS,                 )
12                                 )
               Petitioner,         )
13                                 ) ORDER ADOPTING REPORT AND
    vs.                            ) RECOMMENDATION OF UNITED STATES
14                                 ) MAGISTRATE JUDGE
    KATHY MENDOZA-POWERS,          )
15                                 )
               Respondent.         )
16  _____)
17
18       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
19  petition and other papers along with the attached Report and
20  Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
21  as well as petitioner's objections, and has made a de novo
22  determination.
23
24       IT IS ORDERED that (1) the Report and Recommendation is
25  approved and adopted; (2) the Report and Recommendation is adopted
26  as the findings of fact and conclusions of law herein; and (3)
27  Judgment shall be entered denying the petition and dismissing the
28  action with prejudice.
```


1      IT IS FURTHER ORDERED that the Clerk shall serve copies of
2  this Order, the Magistrate Judgment's Report and Recommendation
3  and Judgment by the United State mail on petitioner.

5  DATED: December 2, 2009

                                        JAMES V. SELNA
                        UNITED STATES DISTRICT JUDGE

9  R&Rs\07-1247.ADO
   11/30/09