UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PADDOCK, aka MICHAEL DAVIS, | ) Case No. SACV 07-1247-JVS(RC) ) |
| Petitioner, | ) ) |
| vs. | ) JUDGMENT ) |
| KATHY MENDOZA-POWERS, | ) ) |
| Respondent. | ) ) |

IT IS ADJUDGED that Judgment be entered denying the petition and dismissing the action with prejudice.

DATED: December 2, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&Rs\07-1247.JUD
11/4/09